# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GNGH2 Incorporated, | No. CV-21-01338-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| S&F Management Company LLC, et al., | |
| Defendants. | |

The Relator GNGH2 Incorporated having filed a Notice of Dismissal without Prejudice and the United States having filed its Notice of Consent to Dismissal (Doc. 15), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice as to the United States.

**IT IS FURTHER ORDERED** this civil case is terminated

Dated this 31st day of May, 2023.

Honorable Susan M. Brnovich
United States District Judge